UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Elisa Velasco_

Write the full name of each plaintiff.

**19 CV 8526**
_____CV_____

(Include case number if one has been assigned)

-against-

_New York City Department of Education_
_Kimberly Swanson, Principal of Life Sciences School_
_Derek Premo, Assistant Principal of Life Sciences School_

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

Do you want a jury trial?

☑ Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Elisa_ _____    _Velasco_ _____

First Name                    Middle Initial        Last Name

_65-46 160th St.    Apartment 3H_ _____

Street Address

_Flushing_ _____    _NY_ _____    _11365_ _____

County, City            State            Zip Code

_347-336-5162_ _____    _eeveos21@gmail.com_ _____

Telephone Number        Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    _Kimberly Swanson_ _____

Name

_320 E 96 St_ _____

Address where defendant may be served

_New York,    NY_ _____    _10128_ _____

County, City            State            Zip Code

Defendant 2:    _Derek Premo_ _____

Name

_~~██████~~_ _____

Address where defendant may be served

_____    _____    _____

County, City            State            Zip Code

Defendant 3:

_New York City Department of Education ("NYCDOE")_
Name

_100 Church Street_
Address where defendant may be served

_New York,        NY        10007_
County, City            State        Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_NYCDOE / Life Sciences Secondary School_
Name

_320 E 96th Street_
Address

_New York            NY        10128_
County, City            State        Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race:    _Hispanic_

☐ color:    _____

☐ religion:    _____

☐ sex:    _____

☐ national origin:    _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☑ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _1/15/1959_

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.   Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

Page 4

## IV.   STATEMENT OF CLAIM

### A.   Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐   did not hire me
- ☐   terminated my employment
- ☐   did not promote me
- ☐   did not accommodate my disability
- ☐   provided me with terms and conditions of employment different from those of similar employees
- ☑   retaliated against me
- ☑   harassed me or created a hostile work environment
- ☑   other (specify):   Secured Education Law Section 3020-a charges

### B.   Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

See attached addendum.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

     ☑ Yes (Please attach a copy of the charge to this complaint.)

         When did you file your charge?   *1/28/19*

     ☐ No

Have you received a Notice of Right to Sue from the EEOC?

     ☑ Yes (Please attach a copy of the Notice of Right to Sue.)

         What is the date on the Notice?   *6/13/19*

         When did you receive the Notice?   *6/18/19*

     ☐ No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

     ☐ direct the defendant to hire me

     ☐ direct the defendant to re-employ me

     ☐ direct the defendant to promote me

     ☐ direct the defendant to reasonably accommodate my religion

     ☐ direct the defendant to reasonably accommodate my disability

     ☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

         *Compensate me for emotional pain + suffering*

Page 6

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9/9/2019 | Elisa Velasco |
|---|---|
| Dated | Plaintiff's Signature |

| Elisa | | Velasco |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 65-46  160 Street | Apt. 3-H |
|---|---|
| Street Address | |

| Fresh Meadows , NY | 11365 |
|---|---|
| County, City | State | Zip Code |

| (347) 336-5162 | eevers21@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

  If you do consent to receive documents electronically, submit the completed form with your
  complaint. If you do not consent, please do not attach the form.

Page 7

**Supplemental Addendum to Federal Complaint**

1. I have taught with the New York City Department for Education ("NYCDOE") as a Spanish teacher since 2002.

2. I have taught at the Life Sciences Secondary School in Manhattan for virtually my entire teaching career with the NYCDOE.

3. I was born in January 1959.

4. I am of Mexican national origin and Hispanic ethnicity.

5. Principal Kimberly Swanson and AP Derek Premo, who are both white and less than 40 years old, upon information and belief, took over leadership of the Life Sciences secondary school in the 2015-16 school year.

6. Before they assumed leadership of the school, I only received Satisfactory, Highly Effective, or Effective ratings.

7. Since they arrived, the administration has rated me less-than-effective, as they have other older minority teachers.

8. In March of 2018, I was falsely charged with Education Law Section 3020-a incompetency charges, seeking termination of my employment.

9. On August 14, 2018, Hearing Officer Michael McKenna exonerated me of all disciplinary charges.

10. As stated in his decision, Hearing Officer McKenna found Principal Swanson and AP Premo to be incredible in their testimony. He found that their observation reports "are riddled with repetition, inconsistencies and contradictions. They rely heavily on unverified hearsay statements that the administrators could easily have investigated, but for reasons known only to them, they chose not to do so."

11. In contrast, he found me to be credible and concluded that I am a competent teacher.

12. As a result of the 3020-a hearing, I lost per session pensionable monies during my period of reassignment from my duties while the charges were pending.

13. Upon information and belief, Principal Swanson and AP Premo have threatened or initiated 3020-a charges against four other older and/or minority teachers at the school on Section 3020-a charges seeking their termination as well. They have also forced several older and/or minority teachers to leave the school.

14. I clearly have been targeted and discriminated against based on my age and race/ethnicity by my school administration as set forth above.

15. Since filing the protected complaint on or about September 5, 2018, I have been the victim of additional retaliation by my school administration after I was returned to the school.

16. On October 24, 2018, AP Premo gave me a formal observation, which was subsequently rated ineffective in 7 out of 8 categories.  I received the observation report back on or about October 30, 2018.

17. On January 7, 2019, AP Premo gave me another informal observation rated ineffective in 8 of 9 categories.  I received the observation report back on or about January 16, 2019.

18. I believe I am being continually retaliated against for filing a previous discrimination charge in September 2018 against my administrators.

*Supplemental Complaint*
*1/28/2019*

# New York State Division of Human Rights
## Complaint Form

*eevers21@gmail.com*

**CONTACT INFORMATION**

**My contact information:**

Name: _Elisa Velasco_                   *(347) 336-5162*
                                         *(cellular*

Address: _65-46 160 ST_     Apt or Floor #: _3-H_

City: _Flushing_     State: _NY_   Zip: _11365_

*(347) 494-5618*
*(Home)*

**REGULATED AREAS**

**I believe I was discriminated against in the area of:**

- ☑ Employment
- ☐ Education
- ☐ Volunteer firefighting
- ☐ Apprentice Training
- ☐ Boycotting/Blacklisting
- ☐ Credit
- ☐ Public Accommodations *(Restaurants, stores, hotels, movie theaters amusement parks, etc.)*
- ☐ Housing
- ☐ Commercial Space
- ☐ Labor Union, Employment Agencies
- ☐ Internship

**I am filing a complaint against:**

Company or Other Name: _DOE / Life Sciences Secondary School_

Address: _320 E 96 ST_

City: _New York_     State: _NY_   Zip: _10128_

Telephone Number: _212_ _348 - 1694_
(area code)

Individual people who discriminated against me:

Name: _Kimberly Swanson_     Name: _Derek Premo_
Title: _Principal_           Title: _AP_

**DATE OF DISCRIMINATION**

The most recent act of discrimination happened on: _March_ _26_ _2018_
                                                     month  day  year

_Jan 16th, 2019_

3

## BASIS OF DISCRIMINATION
*Please tell us why you were discriminated against by checking one or more of the boxes below.*



You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note**: Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Domestic Violence Victim Status is a basis only in Employment complaints). These exceptions are listed next to the types of discrimination below.

### I believe I was discriminated against because of my:

| | |
|---|---|
| ☑ **Age** *(Does not apply to Public Accommodations)*<br>Date of Birth: *01/15/1953* | ☐ **Genetic Predisposition** *(Employment only)*<br>Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)*<br>Please specify: | ☐ **Marital Status**<br>Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)*<br>Please specify: | ☐ **Military Status**<br>Please specify: |
| ☐ **Creed / Religion**<br>Please specify: | ☑ **National Origin**<br>Please specify: *Mexico City* |
| ☐ **Disability**<br>Please specify: | ☑ **Race/Color or Ethnicity**<br>Please specify: *Hispanic* |
| ☐ **Pregnancy-Related Condition:**<br>Please specify: | ☐ **Sex**<br>Please specify: ☐ Female  ☐ Male<br>  ☐ **Pregnancy**<br>  ☐ **Sexual Harassment** |
| ☐ **Domestic Violence Victim Status:**<br>*(Employment only)*<br>Please specify: | ☐ **Sexual Orientation**<br>Please specify: |
| ☐ **Familial Status** *(Does not apply to Public Accommodations or Education)*<br>Please specify: | ☑ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)*<br>Please specify: *Filled Complaint Sep. 2018* |



Before you turn to the next page, please check this list to make sure that you provided information **only** for the type of discrimination that relates to your complaint.

5

# EMPLOYMENT OR INTERNSHIP DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment or internship. If not, turn to the next page.*

**How many employees does this company have?**

a) 1-3          b) 4-14          c) 15 or more          (d) 20 or more)          e) Don't know

**Are you currently working for the company?**

☑ **Yes**

Date of hire:  (_Sept_  _____  _2002_)          What is your job title?  _Teacher_
              Month    day    year

☐ **No**

Last day of work:  (_____  _____  _____)          What was your job title?  _____
              Month    day    year

☐ **I was not hired by the company**

Date of application: (_____  _____  _____)
              Month    day    year

## *ACTS OF DISCRIMINATION*

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☐ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☑ Harassed or intimidated me (other than sexual harassment)

☐ Denied me training

☐ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☐ Gave me different or worse job duties than other workers in my same title

☐ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☑ Gave me a disciplinary notice or negative performance evaluation

☐ Other:  _3020-a charges (exonerated 8/14/18)_

6

**DESCRIPTION OF DISCRIMINATION -** for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY**.

I was served with a 3020a charges

See attached. addendum.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.***

8

## *NOTARIZATION OF THE COMPLAINT*

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

*Elisa Velasco*
Sign your full legal name

Subscribed and sworn before me
This ___ day of Sept , 201 8

Signature of Notary Public

County: _____   Commission expires: _____

BRYAN GLASS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GL6058975
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 11/21/21

**Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.**

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL** ___*E. V.*___

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

Subscribed and sworn before me
This 28 day of June , 20 19

_____
Signature of Notary Public

County: Rockland   Commission expires: 1/22/22

BRYAN GLASS
Notary Public, State of New York
No. 02GL6066978
Qualified in Rockland County
Commission Expires 1/22/2018

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

## ADDITIONAL INFORMATION

*The next three pages are for the Division's records and **will not be sent out** with the rest of your complaint.*

### Contact information

My primary telephone number:

347  336 - 5162
(area code)

___ home phone
___ work phone
✓ cell phone
___ other _____

My secondary telephone number:

347  494 - 5618
(area code)

✓ home phone
___ work phone
___ cell phone
___ other: _____

My email address: eevers21@gmail.com

Last four digits of my Social Security number: - 3465

Contact person (*someone who does not live with you but will know how to contact you if the Division cannot reach you*):

Name: Elizabeth Evers

Telephone number: 347  730 - 7845
(area code)

Relationship to me: Daughter

### Special Needs

I am in need of: a) A translator (*if so, which language?*): _____

   b) Accommodations for a disability: _____

   c) Other: _____

### Settlement / Conciliation:

To settle this complaint, I would accept: (*Please explain what you want to happen as a result of this complaint. Do you want a letter of apology, your job back, lost wages, an end to the harassment, etc?*)

I would like to have my formal and informal
observations reports remove from my file for the
2018-2019 school year

**Witnesses:**

**The following people saw or heard the discrimination and can act as witnesses:**

Name: _Dr. Keita_     Job title: _Math Teacher_

Telephone number: _917_ _573_ - _5945_

Relationship to me: _Colleague_

What did this person witness?: _____

Name: _David Blattberg_     Job title: _Science Teacher_

Telephone number: _516) 445 - 8220_

Relationship to me: _Colleague_

What did this person witness? _____

*If you have more witnesses, please write their names and information on a separate sheet of paper and attach it to this form. Please do not write on the back of this form.*

**Additional Details:**

**Did you report or complain about the discrimination to someone else?**
*(If you told someone, filed a report or sent a letter about the discrimination, please indicate whether you went to a supervisor, a manager, the owner of the company, your human resources office, your union, your housing provider, the police, etc.).*

_My Chapter Leader (Mr. Kirby) (2015), and Dr. Diana Cantres_
_(2018) Our New Chapter leader_

**Date you reported or complained about discrimination:** _____ _____ _____
                                          month     day     year

**How exactly did you complain about the discrimination?**
*(Who did you talk to about it? Who did you filed a report or make a formal written complaint or union grievance with? What did you say?)*

_My Chapter leader Dr. Cantres_

_____

_____

_____

**What happened after you complained?**
*(Was your complaint investigated? Was any action taken in response to your complaint? Did the discrimination stop? Did you experience retaliation for complaining?)*

_____

_____

12

**If you did not report the discrimination, please explain why:**

_____

_____

_____

**Did the person you are complaining against touch you, hurt you, or physically harm you?**

☐ Yes    ☐ No

*If yes, please explain:* _____

_____

_____

**Examples of other people who were discriminated against in the same way as you were:**
*(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, ages, religions, etc.*

I'm not the only teacher being discriminated by this administration. Two teachers were forced to retire and One AP (Ms. Dike) as well (African-American) Ms. Bailey and Ms. Merritt both in their sixties African-American were forced to retire. Dr. Keits (Math-Teacher - African-American. Mr. D. Blattberg Science-Teacher is Caucasian, and he is going through hearing

**Examples of other people who were treated better than you were:**
*(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, people who were allowed to stay in the store while you were told to leave, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, ages, religions, etc.*

Caucasian Teachers have priority in all the activities, they also have preferences that we are entitled to getting better ratings in their observations Ms. Swanson and Mr. Premo are in their thirties

_____

13

**Addendum to SDHR Complaint for Elisa Velasco**

1. I have taught with the New York City Department for Education (NYCDOE) as a Spanish teacher since 2002.

2. I have taught at the Life Sciences Secondary School in Manhattan for virtually my entire teaching career with the NYCDOE.

3. I was born in January 1959 and am presently 59 years old.

4. I am of Mexican national origin and Hispanic ethnicity.

5. Principal Kimberly Swanson and AP Derek Premo, who are both white and less than 40 years old upon information and belief, took over leadership of the Life Sciences secondary school in the 2015-16 school year.

6. Before they assumed leadership of the school, I only received Satisfactory, Highly Effective, or Effective ratings.

7. Since they arrived, the administration has rated me less than effective, as they have other older minority teachers.

8. I was falsely charged with Section 3020-a incompetency charges in March 2018 seeking termination of my employment.   I subsequently was exonerated of all disciplinary charges by a neutral Section 3020-a hearing officer,  by his decision dated August 14, 2018.  I lost per session pensionable monies during my period of reassignment from my duties while the charges were pending.

9. Upon information and belief, Principal Swanson and AP Premo have threatened or initiated 3020-a charges against four other older and/or minority teachers at the school on Section 3020-a charges seeking their termination as well, and forced several to leave the school.

10. I clearly have been targeted and discriminated against based on my age and national origin and race/ethnicity by my school administration as set forth above.

**Supplemental Addendum to SDHR Complaint for Elisa Velasco @ 1/28/19**

1. I have taught with the New York City Department for Education (NYCDOE) as a Spanish teacher since 2002.

2. I have taught at the Life Sciences Secondary School in Manhattan for virtually my entire teaching career with the NYCDOE.

3. I was born in January 1959 and am presently 59 years old.

4. I am of Mexican national origin and Hispanic ethnicity.

5. Principal Kimberly Swanson and AP Derek Premo, who are both white and less than 40 years old, upon information and belief, took over leadership of the Life Sciences secondary school in the 2015-16 school year.

6. Before they assumed leadership of the school, I only received Satisfactory, Highly Effective, or Effective ratings.

7. Since they arrived, the administration has rated me less than effective, as they have other older minority teachers.

8. I was falsely charged with Section 3020-a incompetency charges in March 2018 seeking termination of my employment.   I subsequently was exonerated of all disciplinary charges by a neutral Section 3020-a hearing officer,  by his decision dated August 14, 2018.   I lost per session pensionable monies during my period of reassignment from my duties while the charges were pending.

9. Upon information and belief, Principal Swanson and AP Premo have threatened or initiated 3020-a charges against four other older and/or minority teachers at the school on Section 3020-a charges seeking their termination as well, and forced several to leave the school.

10. I clearly have been targeted and discriminated against based on my age and national origin and race/ethnicity by my school administration as set forth above.

11. Since filing the protected complaint on or about September 5, 2018, I have been the victim of additional retaliation by my school administration after I was returned to the school.

12. On October 24, 2018, AP Premo gave me a formal observation, which was subsequently rated ineffective in 7 of 8 categories.   I received the observation report back on or about October 30, 2018.

13. On January 7, 2019, AP Premo gave me another informal observation rated ineffective in 8 of 9 categories.  I received the observation report back on or about January 16, 2019.

14. I believe I am being continually retaliated against for filing a previous discrimination charge in September 2018 against my administrators.

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Elisa Velasco**
   **65-46 160 Street - Apt 3H**
   **Fresh Meadows, NY 11365**

From:  **New York District Office**
   **33 Whitehall Street**
   **5th Floor**
   **New York, NY 10004**

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16G-2019-00884** | **Holly M. Shabazz,**<br>**State & Local Program Manager** | **(212) 336-3643** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒  Other *(briefly state)*    **Charging Party wishes to pursue matter in Federal District Court**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____
**Kevin J. Berry,**
**District Director**

June 13, 2019
*(Date Mailed)*

Enclosures(s)

cc:
**GLASS & HOGROGRIAN LLP**
**Attn:  Bryan Glass - Esq**
**100 Church Street – Suite 800**
**New York, NY 10007**

**NYC DEPT OF EDUCATION**
**Attn: Toni Ganz – General Counsel**
**52 Chambers Street – Room 308**
**New York, NY 10007**

JS 44C/SDNY
REV. 06/01/17

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS

ELISA VELASCO

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
PRO SE, 65-46 160TH STREET, APT. 3H, FLUSHING, NY 11365
(347) 336-5162

DEFENDANTS
NEW YORK CITY DEPARTMENT OF EDUCATION; KIMBERLY SWANSON, PRINCIPAL OF LIFE SCIENCES SECONDARY HIGH SCHOOL; DEREK PREMO, ASSISTANT PRINCIPAL OF LIFE SCIENCES SECONDARY

ATTORNEYS (IF KNOWN)
Zachary Carter c/o Corporation Counsel of the City of New York. 100 Church Street, New York, NY 10007

2019 SEP 11  PM 4: 33

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 and Age Discrimination in Employment Act of 1967.

Judge Previously Assigned

Has this  action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

Is this an international arbitration case?        No [x]      Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*                    NATURE OF SUIT

TORTS

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110   INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ | [ ] 625 DRUG RELATED | [ ] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120   MARINE | [ ] 315 AIRPLANE PRODUCT | PHARMACEUTICAL PERSONAL | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 376 QUI TAM |
| [ ] 130   MILLER ACT | LIABILITY | INJURY/PRODUCT LIABILITY | 21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 400 STATE |
| [ ] 140   NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | [ ] 365 PERSONAL INJURY | [ ] 690 OTHER | 28 USC 157 | REAPPORTIONMENT |
| INSTRUMENT | SLANDER | PRODUCT LIABILITY | | | [ ] 410 ANTITRUST |
| [ ] 150   RECOVERY OF | [ ] 330 FEDERAL | [ ] 368 ASBESTOS PERSONAL | | | [ ] 430 BANKS & BANKING |
| OVERPAYMENT & | EMPLOYERS' | INJURY PRODUCT | PROPERTY RIGHTS | | [ ] 450 COMMERCE |
| ENFORCEMENT | LIABILITY | LIABILITY | | | [ ] 460 DEPORTATION |
| OF JUDGMENT | [ ] 340 MARINE | | [ ] 820 COPYRIGHTS | | [ ] 470 RACKETEER INFLU- |
| [ ] 151   MEDICARE ACT | [ ] 345 MARINE PRODUCT | PERSONAL PROPERTY | [ ] 830 PATENT | | ENCED & CORRUPT |
| [ ] 152   RECOVERY OF | LIABILITY | | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | ORGANIZATION ACT |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 370 OTHER FRAUD | [ ] 840 TRADEMARK | | (RICO) |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | | | [ ] 480 CONSUMER CREDIT |
| (EXCL VETERANS) | PRODUCT LIABILITY | | | | [ ] 490 CABLE/SATELLITE TV |
| [ ] 153   RECOVERY OF | [ ] 360 OTHER PERSONAL | | | SOCIAL SECURITY | |
| OVERPAYMENT | INJURY | [ ] 380 OTHER PERSONAL | LABOR | [ ] 861 HIA (1395ff) | [ ] 850 SECURITIES/ |
| OF VETERAN'S | [ ] 362 PERSONAL INJURY - | PROPERTY DAMAGE | | [ ] 862 BLACK LUNG (923) | COMMODITIES/ |
| BENEFITS | MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 863 DIWC/DIWW (405(g)) | EXCHANGE |
| [ ] 160   STOCKHOLDERS | | PRODUCT LIABILITY | STANDARDS ACT | [ ] 864 SSID TITLE XVI | |
| SUITS | | | [ ] 720 LABOR/MGMT | [ ] 865 RSI (405(g)) | |
| [ ] 190   OTHER | | PRISONER PETITIONS | LITIGATION | | [ ] 890 OTHER STATUTORY |
| CONTRACT | | [ ] 463 ALIEN DETAINEE | [ ] 740 RAILWAY LABOR ACT | | ACTIONS |
| [ ] 195   CONTRACT | | [ ] 510 MOTIONS TO | [ ] 751 FAMILY MEDICAL | FEDERAL TAX SUITS | [ ] 891 AGRICULTURAL ACTS |
| PRODUCT | | VACATE SENTENCE | LEAVE ACT (FMLA) | | |
| LIABILITY | ACTIONS UNDER STATUTES | 28 USC 2255 | | [ ] 870 TAXES (U.S. Plaintiff or | [ ] 893 ENVIRONMENTAL |
| [ ] 196   FRANCHISE | | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR | Defendant) | MATTERS |
| | CIVIL RIGHTS | [ ] 535 DEATH PENALTY | LITIGATION | [ ] 871 IRS-THIRD PARTY | [ ] 895 FREEDOM OF |
| | | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC | 26 USC 7609 | INFORMATION ACT |
| | [ ] 440  OTHER CIVIL RIGHTS | | SECURITY ACT (ERISA) | | [ ] 896 ARBITRATION |
| REAL PROPERTY | (Non-Prisoner) | | | | [ ] 899 ADMINISTRATIVE |
| | [ ] 441 VOTING | PRISONER CIVIL RIGHTS | IMMIGRATION | | PROCEDURE ACT/REVIEW OR |
| [ ] 210   LAND | [x] 442 EMPLOYMENT | | | | APPEAL OF AGENCY DECISION |
| CONDEMNATION | [ ] 443 HOUSING/ | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION | | |
| [ ] 220   FORECLOSURE | ACCOMMODATIONS | [ ] 555 PRISON CONDITION | APPLICATION | | [ ] 950 CONSTITUTIONALITY OF |
| [ ] 230   RENT LEASE & | [ ] 445 AMERICANS WITH | [ ] 560 CIVIL DETAINEE | [ ] 465 OTHER IMMIGRATION | | STATE STATUTES |
| EJECTMENT | DISABILITIES - | CONDITIONS OF CONFINEMENT | ACTIONS | | |
| [ ] 240   TORTS TO LAND | EMPLOYMENT | | | | |
| [ ] 245   TORT PRODUCT | [ ] 446  AMERICANS WITH | | | | |
| LIABILITY | DISABILITIES -OTHER | | | | |
| [ ] 290   ALL OTHER | [ ] 448 EDUCATION | | | | |
| REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ _____  OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [x] YES  [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____  DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

CE AN  x  IN ONE BOX ONLY)

**ORIGIN**

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)*

**BASIS OF JURISDICTION**

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF
☐ 2 U.S. DEFENDANT
☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)
☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Elisa Velasco
65-46 160th Street, Apt. 3H
Flushing, NY 11365

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

New York County:
New York City Department of Education - Zachary Carter c/o Corporation Counsel of the City of New York. 100 Church Street, New York, NY 10007
Kimberly Swanson, Principal of Life Sciences Secondary School; 320 E 96th Street New York, NY 10128
Derek Premo, Assistant Principal of Life Sciences Secondary School;320 E 96th Street NY, NY 10128

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:     ☐ WHITE PLAINS     ☒ MANHATTAN

DATE _____     SIGNATURE OF ATTORNEY OF RECORD _____

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
Attorney Bar Code # _____

RECEIPT # _____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)