

```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #:_____
                                                DATE FILED:  3/17/2020
```

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ABED Z. BHUYAN**
*Assistant Corporation Counsel*
abhuyan@law.nyc.gov

March 16, 2020

Via ECF
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: Elisa Velasco v. New York City Department of Education, et al
           19 Civ. 8526 (VEC)

Dear Judge Caproni:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants in the above-captioned case.

      I write to provide an update on this matter. I have been advised by plaintiff's prospective mediation counsel Susanne Toes Keane of the New York Legal Assistance Group (NYLAG) that plaintiff has recently experienced health issues. Ms. Keane asked if I would agree to a stay of all scheduling until an update regarding plaintiff's status can be provided on April 20, 2020. I agreed and now ask this Court on behalf of all parties for a stay of all scheduling in this matter until such update can be provided on April 20, 2020. As indicated below, I will share this letter with Ms. Keane by email and rely on Ms. Keane to share with plaintiff.

Application GRANTED. Defendants thank the Court for considering this request.

SO ORDERED.

*Valerie Caproni* (signature)
3/17/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/S/
Abed Z. Bhuyan
Assistant Corporation Counsel

cc: Susanne Toes Keane, New York Legal Assistance Group (by email)