**MEMO ENDORSED**



**Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020
```

April 20, 2020

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Velasco v. New York City DOE, 19-cv-8526 (VEC)

Dear Judge Caproni,

    NYLAG represents plaintiff Elisa Velasco for the limited purpose of settlement in the above referenced case. I write on behalf of all parties to provide an update. In addition, with defendants' consent, plaintiff requests a 30 day stay of all scheduling, until May 20, 2020, when an update will be provided. This is the parties' second request for this action. On March 20, 2020, Your Honor granted a 30 day stay until April 20, 2020 (ECF # 20).

    Ms. Velasco has seen improvements in her health condition, but ongoing medical issues interfere with her ability to participate in day-to-day activities. During the proposed stay, Mr. Abed Bhuyan, counsel for defendants, and I will begin a settlement dialogue, hopefully in the next 10 days. A stay of mediation and all matters relating to the case will facilitate Ms. Velasco's wellbeing and recovery.

Respectfully submitted,

*Susanne Toes*

Susanne Toes Keane

Application GRANTED.

SO ORDERED.

*[signature]*  4/20/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**NYLAG Legal Clinic for Pro Se Litigants | Thurgood Marshall United States Courthouse
Room LL22, 40 Centre Street, New York, NY 10007 | (212) 659-6190**