

**Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.**

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/21/2020
```

May 19, 2020

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Velasco v. New York City DOE, 19-cv-8526 (VEC)</u>

Dear Judge Caproni,

    NYLAG represents plaintiff Elisa Velasco for the limited purpose of settlement in the above referenced case. I write on behalf of all parties to provide an update. In addition, with defendants' consent, plaintiff requests a 45-day stay of all scheduling, until July 3, 2020, when an update will be provided. This is the parties' third request for this action. Your Honor previously granted 30 day stays until April 20, 2020 (ECF # 20) and then until May 20, 2020 (ECF# 23) .

    Ms. Velasco has continued to see some improvements in her health condition, but serious ongoing medical issues interfere with her ability to participate in day-to-day activities. During the last proposed stay, Mr. Abed Bhuyan, counsel for defendants, and I began a preliminary settlement dialogue. I am hopeful that we can advance our discussions during this next proposed stay. A stay of mediation and all matters relating to the case will facilitate Ms. Velasco's wellbeing and recovery.

Respectfully submitted,

*Susanne Toes*

Susanne Toes Keane

Application GRANTED.  The stay is extended to July 3, 2020. No later than **May 27, 2020**, plaintiff counsel must submit an *ex parte* letter to CaproniNYSDchambers@nysd.uscourts.gov describing the nature of Plaintiff's medical condition and the reason for the requested stay in greater detail.

SO ORDERED.

*[signature]*  5/21/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE