UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 10/09/2020_
```

ELISA VELASCO,                                   :
                                                 :
                              Plaintiff,          :
                                                 :          19-CV-8526 (JPC)
              -v-                                :
                                                 :          NOTICE OF
NEW YORK CITY DEPARTMENT OF EDUCATION :          REASSIGNMENT
ET Al.,                                          :
                                                 :
                              Defendants.         :
                                                 X
-------------------------------------------------------------------

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court, but any mediation conferences will proceed as scheduled.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

SO ORDERED.

Dated: October 9, 2020
       New York, New York                        _____
                                                       JOHN P. CRONAN
                                                 United States District Judge